UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA PETERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT CORP. SOLUTIONS, INC.,<br><br>Defendant. | 1:17-cv-00578-LJO-SKO<br><br>ORDER TRANSFERRING CASE TO CENTRAL DISTRICT OF CALIFORNIA |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action *James Zilbert v. Credit Corp. Solutions, Inc.,* Case No. 2:17-cv-02617-BRO-SK, filed in the Central District of California and assigned to Judge Beverly Reid O'Connell.  The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law.  Transfer of this matter to the Central District of California will promote convenience, efficiency, and economy for the Court and parties.

On July 14, 2017, the Court notified the parties of its tentative intent to transfer this case to the Central District of California and gave the parties until July 21, 2017 to file any objections to the proposed transfer. No party has objected. Accordingly, on the basis of good cause, the Clerk of Court is DIRECTED to transfer this action to the Central District of California. The undersigned will take no further action in this matter.

IT IS SO ORDERED.

Dated: __**July 27, 2017**__          _____/s/ Lawrence J. O'Neill_____
                                                     UNITED STATES CHIEF DISTRICT JUDGE

1